**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    SONYA D. BRAXTON                       Chapter 13

               Debtor                Bankruptcy No. 14-18614-ELF
                                         Date: 2/24/2015
                                         Time: 10:00am
                                         Courtroom: #Courtroom #1
                                         900 Market St,
                                         Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to comply with Standing Order No.M-07-3006, by not (1) filing copies of all payment advices as required by 11 U.S.C. Section 521(a)(1)(B)(iv), nor (2) submitting directly to the trustee and U.S.Trustee in electronic format the documents described therein.

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                Respectfully submitted,

                                                /s/ William C. Miller
                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee
                                                P.O. Box 40119
                                                Philadelphia, PA 19106
                                                Telephone: (215)627-1377